CHAMBERS OF
**DENISE COTE**
DISTRICT JUDGE

(212) 805-0202

RECEIVED 2007 AUG 20 A 11: 58 FINANCIAL DISCLOSURE OFFICE

The Honorable Ortie D. Smith
Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

August 10, 2007

Re: Denise Cote Calendar Year 2006 Filing

Dear Judge Smith:

In response to your August 2, 2007 letter, I offer the following explanations:

1. The Vanguard Specialized Port and Vanguard Healthcare Fund are the same. Vanguard Specialized Portfolio Healthcare Fund shortened its name to Vanguard Healthcare Fund.

2. The CMF Money Market Portfolio is a cash equivalent. When sales are made, cash is received, and is automatically swept on a regular basis into the money market fund. I believe I moved my investments to JB Global in 2004. As a result, I ask to amend my disclosures for 2004, 2005, and 2006 to add the cash equivalent figures for gross value at end of reporting period (Section VII C):

    a. 12/31/04: K; value method: T
    b. 12/31/05: K; value method: T
    c. 12/31/06: K; value method: T

I hope this responds adequately to your questions.

Very truly yours,



Denise Cote

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cote, Denise L | 2. Court or Organization<br><br>U.S.D.C., S.D.N.Y. | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Court, Room 1040<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President's Advisory Committee | St. Mary's College |
| 2.   Advisor to Restatement of Law III, Economic Torts and Related Wrongs | ALI |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 21 A 10: 50
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | St. Mary's College | May 20 - Notre Dame, IN - Award of Honorary Doctorate (Food, Lodging, and Transportation) |
| 2. | American Law Institute | June 2 - Philadelphia, PA - Meeting of Advisers to Restatement III of Torts: EconomicTorts and Related Wrongs (Food and Transportation) |
| 3. | Practicing Law Institute | July 25-26 - San Fransisco, CA - How to Prepare and Conduct Markman Hearings (Transportation and Lodging) |
| 4. | Southern District of New York | Sept. 7-9 - New Paltz, NY - Second Circuit Judicial Conference (Lodging and Food) |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 05/15/2007 |

5.  Judicial Conference

Oct. 17-19 - Palm Beach, FL - MDL Transferee Judges Conference (Transportation, Food, and Lodging)

| Name of Person Reporting | , | Date of Report |
|---|---|---|
| Cote, Denise L | | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD Ameritrade Account with JBGlobal (1/1/06-12/31/06) | | | O | T | | | | | See lines 2 through 28 |
| 2. ABN-AMBRO Montag & Caldwell Growth Fund | A | Dividend | | | sell | 12/07 | L | | |
| 3. Clipper Fund | A | Dividend | K | T | buy | 8/25 | J | | |
| 4. | | | | | sell | 9/12 | J | | |
| 5. | | | | | buy | 10/02 | J | | |
| 6. Excelsior Energy & Natural Resources Fund | A | Dividend | J | T | | | | | |
| 7. Japan Fund | A | Dividend | K | T | sell | 1/09 | K | | |
| 8. | | | | | buy | 4/18 | K | | |
| 9. John Hancock LG Cap Select Fund | A | Dividend | L | T | buy | 12/08 | L | | |
| 10. John Hancock Strategic Income Fund | D | Dividend | M | T | buy | 1/09 | K | | |
| 11. | | | | | buy | 1/23 | L | | |
| 12. | | | | | sell | 5/22 | K | | |
| 13. Matthews Japan Fund | | None | J | T | buy | 6/08 | J | | |
| 14. Matthews Pacific Tiger Fund | A | Dividend | J | T | sell | 4/17 | K | | |
| 15. | | | | | sell | 8/24 | J | | |
| 16. | | | | | sell | 9/11 | J | | |
| 17. Seligman Communications & Information | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Fund | | | | | | | | | |
| 18. Third Avenue Value Fund | A | Dividend | J | T | sell | 9/11 | J | | |
| 19. | | | | | sell | 9/29 | J | | |
| 20. Torray Fund | A, | Dividend | K | T | buy | 1/20 | K | | |
| 21. | | | | | buy | 5/23 | K | | |
| 22. Vanguard Equity Income Fund | C | Dividend | M | T | | | | | |
| 23. Vanguard Healthcare Fund | A | Dividend | K | T | | | | | |
| 24. Vanguard INFL-Protected Security Fund | A | Dividend | K | T | | | | | |
| 25. Vanguard S/T Investment Grade Bond Fund | A | Dividend | | | sell | 1/20 | L | | |
| 26. Wells Fargo Ultra S/T Income Fund | C | Dividend | L | T | | | | | |
| 27. CMF Money Market Portfolio | A | Dividend | K | T | | | | | |
| 28. CASH | | None | J | T | | | | | |
| 29. Columbia University Pension (TIAA CREF) | E | Distribution | O | T | | | | | |
| 30. Chase Accounts | | None | J | T | | | | | |
| 31. MERRILL LYNCH ACCOUNT | | | | | | | | | See lines 32 through 39 |
| 32. Muni Investment Trust SA | A | Princ. Payments | J | T | | | | | |
| 33. Merrill Lynch Bank Deposit | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Georgian Bank | A | Interest | | | redeem | 3/31 | J | | |
| 35. Washington Mutual | A | Interest | | | redeem | 5/26 | K | | |
| 36. Flagstar Bank | A | Interest | | | redeem | 12/8 | K | | |
| 37. Merrick Bank | A | Interest | K | T | | | | | |
| 38. Everbank | A | Interest | K | T | buy | 6/2 | K | | |
| 39. Webster Bank | A | Interest | K | T | buy | 4/6 | J | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date___ *May 14, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544